SUB
7/13/10

10 JUL 13 AM 9:42

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Roberto CORTEZ,<br><br>    Defendant. | Mag. Case No. **10 MJ 8814**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the<br>United States |

The undersigned complainant being duly sworn states:

On or about July 12, 2010, within the Southern District of California, Defendant Roberto CORTEZ, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4) and(557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

The complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ELIZABETH M. DE VRIES
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th DAY OF JULY 2010.

_____
PETER C. LEWIS
U. S. Magistrate Judge

(1)

DOA 7/12/10

UNITED STATES OF AMERICA

v.

Roberto CORTEZ

STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) L. Heipt, that Defendant Roberto CORTEZ (CORTEZ) was found and arrested on July 12, 2010, near Calexico, California.

At approximately 2:00 a.m., BPA C. Rubalcava was performing his assigned duties approximately 22 miles west of the Calexico, California West Port of Entry, when he discovered some footprints near the United States/Mexico border. BPA Rubalcava tracked the footprints and encountered two individuals attempting to conceal themselves behind some large bushes. One of the individuals was later identified as CORTEZ. BPA Rubalcava approached CORTEZ, identified himself as a BPA and ascertained CORTEZ to be a citizen of Mexico illegally present in the United States. BPA Rubalcava placed CORTEZ under arrest.

Records checks revealed CORTEZ was ordered removed from the United Sates to Mexico by an Immigration Judge on June 9, 2006 through Lancaster, California.

There is no evidence shown CORTEZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.

(2)